## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

United States of America

vs.

Santos Satanaclo Lopez-Bucardo

CRIMINAL COMPLAINT
CASE: 19-28285MP
Citizenship: HONDURAS

   I state that I am a Border Patrol Agent and that this complaint is based on the following facts:
On or about May 07, 2019, at or near Lukeville, Arizona, in the District of Arizona, Santos Satanaclo LOPEZ-Bucardo, an alien, did unlawfully enter the United States of America from Mexico, at a time and place other than as designated by immigration officials of the United States of America, in violation of Title 8, United States Code, Section 1325 (a) (1), a petty misdemeanor.

   On or about May 13, 2019, agents found Santos Satanaclo LOPEZ-Bucardo in the United States of America at or near Why, Arizona without the proper immigration documents. Furthermore, Santos Satanaclo LOPEZ-Bucardo admitted to illegally entering the United States of America from Mexico on or about May 07, 2019, at or near Lukeville, Arizona at a time and place other than designated by immigration officials.

File Date: 05/14/2019

at Tucson, Arizona

Yvette DePlonty, Border Patrol Agent

Sworn to before me and subscribed in my presence,

Date signed: 05/14/2019

**Bernardo P. Velasco**
**Magistrate Judge**

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA, TUCSON DIVISION

United States of America                                              CASE: 19-28285MP

vs.

Santos Satanaclo Lopez-Bucardo

### JUDGMENT IN A CRIMINAL CASE (For A Petty Offense)

The Defendant, Santos Satanaclo Lopez-Bucardo, was represented by counsel, Samuel Washington (CJA).

The defendant pled guilty to the Complaint on 05/14/2019. Accordingly, the defendant is adjudged guilty of the following offense(s):

| Title & Section | Nature of Offense | Date of Offense |
|---|---|---|
| 8 U.S.C. 1325(a)(1) | Illegal Entry | 05/07/2019 |

As pronounced on 05/14/2019, the defendant is hereby committed to the custody of the United States Bureau of Prisons for a term of TIME SERVED. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

The special assessment imposed pursuant to 18 U.S.C. § 3013 is hereby remitted pursuant to 18 U.S.C. § 3573 because reasonable efforts to collect this assessment are not likely to be effective.

The fine is waived because of the defendant's inability to pay.

Signed on Tuesday, May 14, 2019.

Bernardo P. Velasco
Magistrate Judge

Arresting Agency: TCA

| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>DISTRICT OF ARIZONA - TUCSON | JUDGE'S MINUTES |

Date: 05/14/2019          Case Number: 19-28285MP

USA vs. **Santos Satanaclo Lopez-Bucardo**
Magistrate Judge: BERNARDO P. VELASCO     Judge AO Code: 70BJ
ASSIGNED U.S. Attorney: Christopher Lewis
INTERPRETER REQ'D: Alfonso Villasenor, Spanish
Attorney for Defendant: Samuel Washington (CJA)

PROCEEDINGS: [X] INITIAL APPEARANCE/CHANGE OF PLEA/SENTENCE
DEFENDANT: [X] PRESENT [X] CUSTODY

[X] Defendant states true name to be **Same**
[X] Petty Offense    [X] Date of Arrest: **05/13/2019**
[X] Arr/Plea of Guilty entered as to the Complaint.
[X] Court accepts defendant's plea and finds plea to be freely and voluntarily given.
[X] Defendant waives preparation of the presentence report.

SENTENCING: Defendant committed to [X] Bureau of Prisons for a period of
**TIME SERVED**

[X] Imposition of Special Assessment is waived by the USA.
[X] Defendant advised of appeal rights.
[ ] Waiver of right to appeal explained.

OTHER:  Samuel Washington (CJA) is appointed as attorney of record for defendant. Defendant will be pursuing a credible fear interview and the Court recommends that he be housed with Berta Cruz-Suazo, 19-28274MP, and Carlos Lopez-Pozo, 19-28290MP, through the asylum process.

Recorded by Courtsmart    COP: 1
BY: Sara Jones           Sent: 0
       Deputy Clerk      IA: 0
        Start: 1:38 PM Stop: 2:26 PM